No. 18             January 2, 2025             303

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of K. S.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

M. A. T.,
*Appellant.*

Multnomah County Circuit Court No. 20JU03829
Petition No. 114102;
A182950 (Control)

In the Matter of W. S.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

M. A. T.,
*Appellant.*

Multnomah County Circuit Court No. 20JU03830
Petition No. 114102;
A182951

In the Matter of G. S.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*
*and*

G. S.,
*Respondent,*

*v.*

M. A. T.,
*Appellant.*

Multnomah County Circuit Court No. 20JU03831
Petition No. 114102;
A182952

In the Matter of T. S.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*
*and*
T. S.,
*Respondent,*
*v.*
M. A. T.,
*Appellant.*

Multnomah County Circuit Court No. 20JU03832
Petition No. 114102;
A182953

In the Matter of C. S.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*
*v.*
M. A. T.,
*Appellant.*

Multnomah County Circuit Court No. 20JU03833
Petition No. 114102;
A182954

In the Matter of D. S.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*
*v.*
M. A. T.,
*Appellant.*

Multnomah County Circuit Court No. 20JU03834
Petition No. 114102;
A182957

In the Matter of T. S.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

M. A. T.,
*Appellant.*

Multnomah County Circuit Court No. 20JU03835
Petition No. 114102;
A182959, A182950 (Control)

Francis G. Troy, II, Judge.

On appellant's petition for reconsideration filed October 9, 2024, and respondent Department of Human Resources response filed October 15, 2024, and respondent children response filed October 16, 2024.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Kyle Sessions, Deputy Public Defender, Office of Public Defense Services, for petition.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Emily N. Snook, Assistant Attorney General, for respondent Department of Human Services response.

Ginger Fitch filed the response for child respondents.

Before Shorr, Presiding Judge, Pagán, Judge, and Mooney, Senior Judge.

PAGÁN, J.

Reconsideration allowed; former opinion modified and adhered to as modified.

**PAGÁN, J.**

Mother petitions for reconsideration of our decision in *Dept. of Human Services v. M. A. T.*, 334 Or App 292 (2024) (nonprecedential memorandum opinion), contending that we erred because (1) as a factual matter, the permanency plans were reunification when mother filed the motions to dismiss; and (2) as a matter of law, that fact allocated the burden of proof upon the department and not on mother. We agree that our decision contained a misstatement and allow the petition and modify our prior opinion to correct the fact that at the time of mother's motion to dismiss, it was the department's burden to prove that the original jurisdictional bases continued to pose a serious risk or loss to the children likely to be realized absent jurisdiction.

Accordingly, we delete the following from the second paragraph: "At the time mother's motion to dismiss was heard, the permanency plan for the children was not reunification; therefore mother" and replace it with: "DHS".

We otherwise adhere to the original opinion, because our rationale and ruling was based on a correct understanding of the law despite the misstatement in the opinion.

Reconsideration allowed; former opinion modified and adhered to as modified.